UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In Re: Glenn Richard Underwood<br>    dba Underwood Building Company<br>    dba Underwood Management Company<br>    dba Underwood Real Estate Company<br>    fdba Underwood Associates,<br>                             Debtor. | Case No. 06-55754-tjt<br>Chapter 11<br>Honorable Thomas J. Tucker |

## **STIPULATION FOR WITHDRAWAL OF ATTORNEY**

Pursuant to L.B.R. 9010-1(g)(1), Oxford Bank and Warner Norcross & Judd LLP hereby stipulate to the withdrawal of Warner Norcross & Judd LLP as attorneys for Oxford Bank in the above-captioned matter.

| OXFORD BANK | WARNER NORCROSS & JUDD LLP |
|---|---|
| BY: /s/Eric Dyson<br>    Eric Dyson<br>    Vice President & Mortgage Loan Manager<br>    Oxford Bank<br>    60 S. Washington<br>    Oxford, MI  48371<br>    Phone: 248-969-7343<br>    Fax: 248-969-7225<br>    edyson@oxfordbank.com | BY: /s/Michael G. Cruse<br>    Michael G. Cruse (P38837)<br>    2000 Town Center, Suite 2700<br>    Southfield, MI  48075<br>    Phone: 248-784-5131<br>    Fax: 248-603-9731<br>    mcruse@wnj.com |
| Date: 4/13/10 | Date: 4/20/10 |

1774222-1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In Re: Glenn Richard Underwood<br>    dba Underwood Building Company<br>    dba Underwood Management Company<br>    dba Underwood Real Estate Company<br>    fdba Underwood Associates,<br>                  Debtor. | Case No. 06-55754-tjt<br>Chapter 11<br>Honorable Thomas J. Tucker |

## **STIPULATED ORDER FOR WITHDRAWAL OF ATTORNEY**

This matter having come before the Court by way of stipulation between Oxford Bank and Warner Norcross & Judd LLP and the Court being otherwise fully advised of the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that appearance of Michael G. Cruse in the above-captioned matter be, and hereby is, withdrawn.

1774222-1