UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:  Glenn Richard Underwood                                    Case No. 06-55754-tjt
      dba Underwood Building Company                   Chapter 11
      dba Underwood Management Company              Honorable Thomas J. Tucker
      dba Underwood Real Estate Company
      fdba Underwood Associates,
                        Debtor.

---

**STIPULATED ORDER FOR WITHDRAWAL OF ATTORNEY**

This matter having come before the Court by way of stipulation between Oxford Bank and Warner Norcross & Judd LLP and the Court being otherwise fully advised of the premises;

NOW, THEREFORE, IT IS ORDERED that the appearance of Michael G. Cruse in the above-captioned matter be, and hereby is, withdrawn.

.

**Signed on April 20, 2010**

                                                                             /s/ Thomas J. Tucker
                                                                             **Thomas J. Tucker**
                                                                             **United States Bankruptcy Judge**