FORM 8

## CHAPTER 11 POST CONFIRMATION REPORT
## FOR THE MONTH ENDED        200

Debtor: Glenn Underwood                                    Case No.    08-55754

### Total Disbursements for April 2010

ALL disbursements made by the Debtor during the current month whether
under the Plan of not, must be accounted for and reported herein for purposes of
calculating Quarterly Fees.

Total Disbursements:          5,874.74

### Summary of Amounts Distributed Under the Plan

|  | Current Month | Paid To Date | Balance Due |
|---|---|---|---|
| **A. Fees and Expenses** |  |  |  |
| 1.  Trustee Compensation |  |  |  |
| 2.  Fee for Attorney for Trustee |  |  |  |
| 3.  Fee for Attorney for Debtor | 600 - | 38,896.61 |  |
| 4.  Other Professionals |  | 73,964.67 | - |
| 5.  All Expenses, including Trustee |  |  |  |
| **B. Distributions** |  |  |  |
| 6.  Secured Creditors | 3,080.32 |  |  |
| 7.  Priority Creditors |  |  |  |
| 8.  Unsecured Creditors |  |  |  |
| 9.  Equity Security Holders |  |  |  |
| 10. Other Payments of Transfers | 2,194.42 |  |  |
| Total of Plan Payments Lines 1 - 10 | 5,874.74 | 0.00 | 0.00 |

### Summary of Status on Consummation of Plan

|  | YES | NO |
|---|---|---|
| Plan Payments are Current: | X |  |

If No, Attach explanatory statement identifying payments not made
(by creditor, amount and date due), reason for non-payment, and an
estimated date as to when payments will be brought current.

Quarterly Fees due to the United States Trustee are current:     X

Anticipated date of Final Report/Motion for Final Decree-

MAY 20, 2010                              Glenn R. Underwood

Date:                                     Debtor In Possession: