211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 06−55754−tjt
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Glenn Richard Underwood
    dba Underwood Building Company, dba
    Underwood Management Company, dba
    Underwood Real Estate Company, fdba
    Underwood Associates
    6437 Chestnut Hill Ct.
    Clarkston, MI 48346

Social Security No.:
    xxx−xx−0283

Employer's Tax I.D. No.:

### ORDER STRIKING – CLOSED CASE

Upon review by the Court, it is ordered that the **Letter and Certificate of Service date 1/3012014** is stricken without prejudice because the case is closed. **IT IS FURTHER ORDERED THAT** the moving party shall first file a motion to reopen the case pursuant to §350 of the Bankruptcy Code and obtain an order reopening the case.

Dated: 1/31/14

                                                BY THE COURT

                                                /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge