UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                        Case No. 06-55754

GLENN RICHARD UNDERWOOD,                                          Chapter 11

          Debtor.                                                                 Judge Thomas J. Tucker
_____/

**ORDER REQUIRING DEBTOR TO SUPPLEMENT
HIS MOTION TO REOPEN CASE**

      This Chapter 11 case has been closed since July 9, 2010. Now the case is before the Court on the Debtor's recent motion to reopen this bankruptcy case (Docket # 207, the "Motion"). On July 14, 2014 the Debtor filed a Certification of Non-Response, indicating that no one has timely filed an objection to the Motion.

      The Court needs more information before deciding whether there is cause to reopen the case under 11 U.S.C. § 350(b). Accordingly,

      IT IS ORDERED that no later than July 24, 2014, the Debtor must file a supplement in support of the Motion, which more fully, and in detail, explains the following:

1. What relief, exactly, the Debtor intends to seek if this case is reopened, including what motion(s) or adversary proceeding(s) the Debtor intends to file.

2. Why it is necessary to reopen this case.

.

**Signed on July 17, 2014**

                                                /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge